FILED

2006 Jun-08  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **BRUCE LAMAR HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.:** |
| **v.** | ) | |
| | ) | **CV-03-RBP-959-M** |
| **WARDEN RALPH HOOKS, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION

The special report (doc. 7) has been entered in this case and treated as a motion for summary judgment.  In response to the special report, the plaintiff states that he has no civil claim against the defendants.  Accordingly, all the plaintiff's claims against the defendants will be dismissed.  An appropriate order will be entered.

**DONE** and **ORDERED** this 8th  day of June, 2006.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**